

Exhibit A to Original Complaint, in Apollo
Companies, Inc. v. Roy T. Bent, Jr., et al.,
No. 3:18-ap-08009 (Bankr. S.D. Tx).

281-286-3600  ♦  Fax 281-331-9250

# EQUIPMENT AGREEMENT

### Installation Address
### Billing Address

| | | | |
|---|---|---|---|
| Client: | **Houston Auto Appraisers** | Client: | |
| Address: | **104 W Baker Rd** | Address: | **SAME** |
| City/State: | **Baytown, Tx 77521** | City/State: | |
| Phone #: | 877-845-2368 | Phone#: | |
| Contact: | Tracy Lopez | Contact: | |
| Email: | customerservice@houstonautoappraisers.com | Email: | |

**Service Agreement:**

__X__ Comprehensive Maintenance: Service Contract includes labor, travel, parts and toner. Excludes shipping, staples, paper & third-party accessories. All IT, Networking / Connectivity service calls are not included.

**Equipment Options: (Please initial beside your choice of payment)**

____ Equipment Purchase: The undersigned agrees to purchase from Apollo Office Systems the equipment listed at the price shown below plus any sales tax.

____ Equipment Lease: The undersigned agrees to Lease the equipment listed at the rates shown, plus State sales tax when applicable. Damage caused by misuse, abuse, neglect and otherwise preventable by the customer will be remedied and billed to the customer separately from the rates stated. Customer will provide an adequate surge protector and insurance protection on the equipment while in customer's possession.

____ Equipment Rental: The undersigned agrees to Rent from Apollo Office Systems the equipment listed at the rates shown, plus State sales tax when applicable. Damage caused by misuse, abuse, neglect and otherwise preventable by the customer, will be remedied and billed separately from the rates stated. Customer will provide an adequate surge protector and insurance protection on the equipment while in customer's possession.

| Model & Functions: | Equip Plans: | Service Fees: | | |
|---|---|---|---|---|
| **Kyocera TA 300ci (DEMO)**<br><br>Color Network Printer/Scanner/Fax/Copier<br>11x17 Drawers, Sorter Finisher, 4-Drawers | __ Purchase<br>__ Rental<br>_X_ Lease: $1 Buyout<br>__ Lease: FMV<br>_X_ Service | B/W Monthly Base Fee:<br>$10 | Color Monthly Base Fee:<br>Included | |
| | | B/W Monthly Allowance:<br>5,000 | Color Monthly Allowance:<br>0 | |
| | | B/W Overage Rate:<br>$0.01/image | Color Overage Rate:<br>$0.075/image | |

| Purchase Options | Cost | | |
|---|---|---|---|
| 36 Month Lease | $ 153.33/mo | Installation & Set-Up | Included |
| | | Surge Protector | Included |
| Upgrade at any time | | IT Network Setup | Included |
| | | | |

| Client Approval — *Subject to terms and conditions on 2ⁿᵈ page* | Apollo Office Systems |
|---|---|
| By: *Roy Bent* | By: *Pamela Foley* |
| Printed Name: Roy Bent | Printed Name: Pamela Foley |
| Title: Owner | Title: Owner |
| Date: 2/9/16     PO #: | Date: |

Start Date: _____       End Date: _____

Lease #: _____       Beginning Meters: B/W_____ Color_____

281-286-3600  ♦  Fax 281-331-9250

# Apollo Office Systems LLC

Maintenance Agreement – Terms and Conditions

1. This service agreement is non-cancelable and will remain in effect for the duration of the term stated on the first page. Coverage will become effective upon the signature from both parties and the reception of payment at Apollo Office Systems (AOS) office. The agreement will renew itself automatically at the end of the term unless cancelled in writing by either party prior to 30 days from the anniversary date. Coverage shall be renewed at the current pricing. Unless authorized in writing by AOS, this maintenance agreement is not transferable. If, during the term of this agreement the equipment is upgraded with other equipment by AOS, the Customer will be credited the unused portion of the existing agreement.  Only the equipment identified on the first page of this document is covered by this agreement.

2. **STANDARD COVERAGE** – AOS agrees to provide to the Customer, during AOS normal business hours, the maintenance service necessary to keep the Equipment in, or restore the Equipment to, good working order in accordance with AOS policies then in effect. This maintenance service includes maintenance based upon the specific needs of individual Equipment, as determined by AOS, and unscheduled, on-call remedial maintenance. For each unscheduled service call requested by Customer, AOS shall have a reasonable time within which to respond. Maintenance will include lubrication, adjustments and replacement of maintenance parts deemed necessary by AOS. Maintenance parts will be furnished on an exchange basis and the replaced parts become the property of AOS. Maintenance service provided under this Agreement does not assure uninterrupted operation of the Equipment.

   **EXCLUSIONS TO MAINTENANCE SERVICE** - Maintenance service provided by AOS under this Agreement does not include: **(a)** Repair of damage or increase in service time caused by failure of the Customer continually to provide a suitable installation environment with all facilities prescribed by AOS, including, but not limited to, the failure to provide adequate electrical power, air-conditioning, or humidity-control; **(b)** Repair of damage or increase in service time caused by:  accident, disaster (which shall include but not be limited to fire, flood, water, wind and lightning); transportation, neglect, power transients, abuse or misuse, failure of the Customer to follow AOS published operating instructions, and unauthorized modifications or repair of Equipment by persons other than authorized representatives of AOS; **(c)** Repair of damage or increase in service time caused by use of the Equipment for purposes other than those for which designed; **(d)** Replacement of parts, which are consumed in normal Equipment operation, unless specifically included; **(e)** Furnishing supplies or accessories, painting or refinishing the Equipment or furnishing the material therefore, inspecting altered Equipment, performing services connected with relocation of Equipment or adding or removing accessories, attachment or other devices; **(f)** Repair of damage, replacement of parts (due to other than normal wear) or repetitive service calls caused by use of incompatible supplies; **(g)** Complete unit replacement or refurbishment of the Equipment; **(h)** Electrical work external to the Equipment or maintenance of accessories, attachments, or other devices not furnished by AOS; **(i)** Increase in service time caused by Customer denial of full and free access to the Equipment or denial of departure from Customer's site. **(j)** Unless agreed herein, consumable supplies such as, but not limited to, paper, staples, developer, drum, toner, and fuser oil.  The foregoing items excluded from maintenance service, if performed by AOS, will be charged to the Customer at AOS applicable time and material rates and terms then in effect.

2a. **COMPREHENSIVE COVERAGE** – In addition to standard coverage, toner and fuser supplies are also provided by AOS.  Cost of delivery for any supplies is charged to the customer.

2b. If available, maintenance service requested and performed outside AOS normal business hours will be charged to the Customer at double (2x) AOS currently applicable rate with a four (4) hour minimum portal to portal charge. Additional time beyond the four (4) hour minimum will be billed in six (6) minute intervals.

3. The Customer will provide an adequate surge protector that meets the equipment's requirements, including Prolonged Over Voltage Protection, "POVP", reverse polarity/no ground detection and shutdown, line monitor, high voltage surge and lightening protection, and low voltage spike and noise protection. (15amp/120volt or as required for your particular machine)

4. If the equipment is located in an environment that is conducive to equipment damage, such as:  Excessive dust, non air-conditioned offices, high humidity, vapors, etc., and these conditions require more than 3 (three) cleaning inspections per year, AOS reserves the right to bill the Customer for the additional cleaning service, at the then current rates.  Any damages caused by any outside agents, other than during the normal usage of the equipment, such as vandalism, abuse and misuse, electrical surges, acts of God, fire, flood, riot, faulty supplies not provided by AOS, etc., are not covered by this agreement and will be remedied at the Customer's expense.  Shop rebuilding might become necessary at some point. This service is not covered under this maintenance program.

5. Equipment will be serviced at the original installation location. Apollo shall not be liable during any period in which its performance is delayed or prevented, in whole or in part, by a circumstance beyond its reasonable control, which include, but are not limited to, the following: act of God (e. g., flood, earthquake, wind); fire; war; act of a public enemy or terrorist; act of sabotage; strike or other labor dispute; riot; misadventure of the sea; inability to secure materials and/or transportation; or, a restriction imposed by legislation, an order or a rule or regulation of a governmental entity. If such circumstance occurs, Apollo shall undertake reasonable action to notify you of the same.  Should the equipment be moved to a new location without our consent, the Customer will be responsible for any repairs that may be needed as a result of mishandling.  If extensive damages have occurred as a result of the move, AOS reserves the right to cancel the balance of the maintenance program in effect.  AOS will provide equipment moving service at an additional charge.

6. The Customer and its personnel are responsible for the replenishing of supplies in the equipment (Toner, Paper, etc.) and to replace waste toner containers. Service calls resulting from the Customers' failure to meet these needs properly will be billed accordingly.

7. Prices are guaranteed only for the duration of the term listed. Cost of living and equipment aging price-adjustments may be made at the renewal anniversary date.

8. This agreement is deemed fully executed and subject to all the governing laws in the County of Brazoria and State of Texas. Any action or disputes between Apollo Office Systems and the Customer will be subject to the personal jurisdiction of the State of Texas, County of Brazoria and All State or Federal Courts Rules thereof.

Page 2 of 2

# Apollo Office Systems

**Statement**

HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX  77521

| Statement Date | Account No. | Amount Due |
|---|---|---|
| 9/30/2017 | HA00 | $4,980.05 |

| Payments | Date | Number | Description | Amt Applied | Unapplied Balance |
|---|---|---|---|---|---|
| | | | | | |

| Transaction Type | Date | Due Date | Number | Description | Invoice Amt | Pmt/Credit | Invoice Balance |
|---|---|---|---|---|---|---|---|
| Invoice | 5/26/16 | 05/26/16 | IN18853 | Service Invoice | $156.96 | | $156.96 |
| Invoice | 7/21/16 | 07/21/16 | IN19887 | Sales Invoice | $73.61 | | $73.61 |
| Invoice | 8/1/16 | 08/01/16 | IN20011 | Service Invoice | $1,520.91 | | $1,520.91 |
| Invoice | 8/22/16 | 08/22/16 | IN20325 | Service Invoice | $1,042.99 | | $1,042.99 |
| Invoice | 8/22/16 | 08/22/16 | IN20330 | Service Invoice | $525.01 | | $525.01 |
| Invoice | 8/24/16 | 08/24/16 | IN20344 | Service Invoice | $156.96 | | $156.96 |
| Invoice | 4/1/17 | 04/01/17 | IN25488 | Contract Invoice | $271.56 | | $271.56 |
| Invoice | 5/1/17 | 05/01/17 | IN25892 | Contract Invoice | $275.04 | | $275.04 |
| Invoice | 6/1/17 | 06/01/17 | IN26695 | Contract Invoice | $277.08 | | $277.08 |
| Invoice | 8/1/17 | 08/01/17 | IN27322 | Contract Invoice | $276.99 | | $276.99 |
| Invoice | 9/1/17 | 09/01/17 | IN27670 | Contract Invoice | $276.59 | | $276.59 |
| Payment | 9/21/17 | | XXXX-2399 | Credit Card | | $276.59 | |
| Payment | 9/21/17 | | XXXX-2399 | Credit Card | $276.59 | | |
| Invoice | 9/26/17 | 09/26/17 | IN27872 | Misc. Charge Invoice | $50.00 | | $50.00 |
| Invoice | 9/26/17 | 09/26/17 | IN27873 | Finance Charge | $76.35 | | $76.35 |

# Apollo Office Systems

**Statement**

HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX  77521

| Statement Date | Account No. | Amount Due |
|---|---|---|
| 9/30/2017 | HA00 | $4,980.05 |

| Payments | Date | Number | Description | | Amt Applied | Unapplied Balance |
|---|---|---|---|---|---|---|
| Transaction Type | Date | Due Date | Number | Description | Pmt/Credit | Amt Applied | Unapplied Balance |

| Current | 1 to 30 days | 31 to 60 days | 61 to 90 Days | Over 90 Days |
|---|---|---|---|---|
| | $679.53 | $276.99 | | $4,300.12 |

202 S. Hardie Street Alvin, TX  77511     281-286-3600

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| **Invoice Number:** | IN18853 |
| **Date:** | 05/26/2016 |
| **Account Number:** | HA00 |
| **PO Number:** | |
| **Invoice Total:** | **$156.96** |

Bill To:  HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

| Work Order Date | Work Order No. |
|---|---|
| 05/25/2016 | WO13045 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 05/26/2016 |
| **Description** | |

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14091 | 12563 | QEH0X01735  CopyStar - CS-300i | | $ 145.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 145.00 |

Service Date: 05/25/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**

Contract Number: CT10336-01
PO #:
Caller: TRINA -- 877-845-2368
Contact:
Phone:
Fax:

Description: KYOCERA CS 300ci - IT CALL - CANNOT CONNECT TO 2 PC COMPUTERS (ROY & TRACY'S), WONT PRINT B/W WHEN COMANDED BY PC AND INSTEAD OF PRINTING DOUBLE SIDED IT PRINTS SEPERATLY

Remarks: Complete

Both scan - reinstalled drivers tested
Tracy PC
Installed pdf reader as well

| | Labor | Travel | Materials | Other | Total |
|---|---|---|---|---|---|
| **Totals:** | $ 145.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 145.00 |

| | |
|---|---|
| Invoice Subtotal: | $145.00 |
| Tax: | $11.96 |
| Invoice Total: | $156.96 |
| **Balance Due:** | $156.96 |

202 S. Hardie Street Alvin, TX  77511     281-286-3600

Page 1 of 1

# Apollo Office Systems

# INVOICE

**Invoice No:** IN19887
**Date:** 7/21/2016
**Account No:** HA00

**Bill To:**
HOUSTON AUTO APPRAISERS
Attn: TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX  77521

**Ship To:** HOUSTON AUTO APPRAISERS
Attn: TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX  77521

| Sales Order No | P. O. Number | Ship Method | Payment Terms | Payment Due |
|---|---|---|---|---|
| SO11568 | | UPS | Due on Receipt | 7/21/2016 |

| Remarks | Sales Person |
|---|---|
| | |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1T02JZCUS0TK867C | MT 250ci TNR 270G CTG CYN WITH CHIP NA<br>Contract: CT10336-01<br>Equipment: 12563<br>Serial Number: QEH0X01735<br>Model: CS-300i<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |
| 1T02JZBUS0TK867M | MT 250ci TNR 270G CTG MAG WITH CHIP NA<br>Contract: CT10336-01<br>Equipment: 12563<br>Serial Number: QEH0X01735<br>Model: CS-300i<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |
| 1T02JZAUS0TK867Y | MT 250ci TNR 270G CTG YLW WITH CHIP NA<br>Contract: CT10336-01<br>Equipment: 12563<br>Serial Number: QEH0X01735<br>Model: CS-300i<br>Location: | | 1.0 | 1.0 | 0.0 | EA | $0.00 | | $0.00 |

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Discount** | $0.00 |
| **Freight** | $68.00 |
| **Sales Tax** | $5.61 |
| **Invoice Total** | $73.61 |
| **Balance Due** | $73.61 |

202 S. Hardie Street Alvin, TX  77511     281-286-3600

Page 1 of 1

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| **Invoice Number:** | IN20011 |
| **Date:** | 08/01/2016 |
| **Account Number:** | HA00 |
| **PO Number:** | |
| **Invoice Total:** | **$1,520.91** |

Bill To: HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

| Work Order Date | Work Order No. |
|---|---|
| 07/26/2016 | WO13301 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 08/01/2016 |

| Description | |
|---|---|

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14390 | 12563 | QEH0X01735 | CopyStar - CS-300i | $ 761.25 | $ 50.00 | $ 0.00 | $ 0.00 | $ 811.25 |

Service Date: 07/29/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**
Contract Number: CT10336-01
PO #:
Caller: TRACY LOPEZ -- 281-424
Contact:
Phone:
Fax:
Description: NOT SCANNING CORRECLTY TO EMAIL
Remarks: Troubleshot scanning issue on 2 PCs, scanning issue due to network type setting and virus protection, reinstalled print drivers on 2 PC, also set up 2 new PC to scan and print for customer

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14411 | 12563 | QEH0X01735 | CopyStar - CS-300i | $ 543.75 | $ 50.00 | $ 0.00 | $ 0.00 | $ 593.75 |

Service Date: 07/30/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**
Contract Number: CT10336-01
PO #:
Caller: TRACY LOPEZ
Contact:
Phone:
Fax:
Description: NOT SCANNING CORRECLTY TO EMAIL
Remarks: Installed Windows 10 on two new PCs and set up printing and scanning, installed virus protection, configured private network

| | Labor | Travel | Materials | Other | Total |
|---|---|---|---|---|---|
| **Totals:** | $ 1,305.00 | $ 100.00 | $ 0.00 | $ 0.00 | $ 1,405.00 |

| | |
|---|---|
| Invoice Subtotal: | $1,405.00 |
| Tax: | $115.91 |
| Invoice Total: | $1,520.91 |
| **Balance Due:** | $1,520.91 |

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| **Invoice Number:** | IN20325 |
| **Date:** | 08/22/2016 |
| **Account Number:** | HA00 |
| **PO Number:** | |
| **Invoice Total:** | **$1,042.99** |

Bill To: HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

| Work Order Date | Work Order No. |
|---|---|
| 07/26/2016 | WO13301 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 08/22/2016 |

| Description | |
|---|---|

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14417 | 12563 | QEH0X01735 | CopyStar - CS-300i | $ 913.50 | $ 50.00 | $ 0.00 | $ 0.00 | $ 963.50 |

Service Date: 08/02/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**

Contract Number: CT10336-01
PO #:
Caller: Andrea Bent -- 877-845-
Contact:
Phone:
Fax:

Description: 2 MORE COMPUTERS NEED TO BE SET UP FOR PRINTER joyces computer wont print correctly and is jamming

Remarks: SET UP 2 MORE COMPUTERES FIXED PRINT DRIVERS FIXED JOYCES COMPUTER TO PRINT AND SCAN TO EMAIL

| Totals: | $ 913.50 | $ 50.00 | $ 0.00 | $ 0.00 | $ 963.50 |
|---|---|---|---|---|---|

| | |
|---|---|
| Invoice Subtotal: | $963.50 |
| Tax: | $79.49 |
| Invoice Total: | $1,042.99 |
| **Balance Due:** | **$1,042.99** |

202 S. Hardie Street Alvin, TX 77511    281-286-3600

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| Invoice Number: | IN20330 |
| Date: | 08/22/2016 |
| Account Number: | HA00 |
| PO Number: | |
| **Invoice Total:** | **$525.01** |

Bill To: HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

| Work Order Date | Work Order No. |
|---|---|
| 08/15/2016 | WO13388 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 08/22/2016 |

| Description | |
|---|---|

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14489 | 12563 | QEH0X01735 CopyStar - CS-300i | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Service Date: 08/22/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**
Contract Number: CT10336-01
PO #:
Caller: Andrea Bent -- 877-845-:
Contact:
Phone:
Fax:

Description: 2 & 3 TRAYS ARE BOTH JAMMING.

Remarks: Trays 2-4 jamming
Cleaned rollers in paperpath
Tested from all trays no jamming
Corrected issue with net work scan opened anohter ticket

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14525 | 12563 | QEH0X01735 CopyStar - CS-300i | | $ 435.00 | $ 50.00 | $ 0.00 | $ 0.00 | $ 485.00 |

Service Date: 08/22/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**
Contract Number: CT10336-01
PO #:
Caller: 877-845-2368
Contact:
Phone:
Fax:

Description: 3 PC'S WERE REPLACE WITH 3 BRAND NEW ONES

Remarks:
Corrected scan to folder
Settings found that 3PCs were replaced with 3 new PCs .. Causing changed IPs
Setup scan to folder on 3 PCs
Norton blocking scanning unsble to resolve out of AOS's scope
Deferred to cust it staff
Printer scanning printing good to go
Closing ticket

| Totals: | $ 435.00 | $ 50.00 | $ 0.00 | $ 0.00 | $ 485.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| Invoice Subtotal: | $485.00 |
| Tax: | $40.01 |
| Invoice Total: | $525.01 |
| **Balance Due:** | **$525.01** |

202 S. Hardie Street Alvin, TX  77511     281-286-3600

Page 1 of 1

# Apollo Office Systems

# Service Invoice

| | |
|---|---|
| **Invoice Number:** | IN20344 |
| **Date:** | 08/24/2016 |
| **Account Number:** | HA00 |
| **PO Number:** | |
| **Invoice Total:** | **$156.96** |

Bill To:  HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

| Work Order Date | Work Order No. |
|---|---|
| 07/26/2016 | WO13301 |

| Payment Terms | Payment Due |
|---|---|
| Due on Receipt | 08/24/2016 |
| **Description** | |

| Call Number | Equipment Number | Serial Number | Make/Model | Labor Charges | Travel Charges | Materials Charges | Other Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|
| SC14508 | 12563 | QEH0X01735 | CopyStar - CS-300i | $ 145.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 145.00 |

Service Date: 08/23/2016
Location: **HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521**

Contract Number: CT10336-01
PO #:
Caller: ROY BENT -- 832-279-23
Contact:
Phone:
Fax:

Description: Still having a problem scanning

Remarks: tech remoted in walked customer through issue over phone

| | Totals: | | | | |
|---|---|---|---|---|---|
| **Totals:** | $ 145.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 145.00 |

| | |
|---|---|
| Invoice Subtotal: | $145.00 |
| Tax: | $11.96 |
| Invoice Total: | $156.96 |
| **Balance Due:** | $156.96 |

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN25488 |
| Invoice Date: | 04/01/2017 |

**Bill To:** HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

**Customer:** HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX 77521

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| HA00 | Due on Receipt | 04/01/2017 | $ 271.56 | **$ 271.56** |

**Invoice Remarks**

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10336-01 | TRACY LOPEZ 281-424-6466 | $ 250.86 | | 02/09/2016 | 02/08/2019 |

**Contract Remarks**

## Summary:

| | |
|---|---|
| Contract base rate charge for the 04/01/2017 to 04/30/2017 billing period | $153.33 |
| Contract overage charge for the 03/01/2017 to 03/31/2017 overage period | $87.53 ** |
| EQUIPMENT BASE FEE | $10.00 |
| **See overage details below | $250.86 |

## Detail:

### Equipment included under this contract

**CopyStar/CS-300i**

| Number | Serial Number | | Base Adj. | Location |
|---|---|---|---|---|
| 12563 | QEH0X01735 | | $0.00 | HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W Images | 186,917 * | 188,897 * | | 1,980 | *** See overage details below | | | |
| Scanner | B/W Images | 127,988 * | 128,961 * | | 973 | *** See overage details below | | | |
| Color | Color Images | 59,567 * | 60,734 * | | 1,167 | 0 | 1,167 | $0.075000 | $87.53 |
| | * Estimated meter reading | | | | | | | | $87.53 |

### Overage Details

| Meter Group | Total Copies | Covered Copies | Billable | Rate | Total |
|---|---|---|---|---|---|
| B/W Images | 2,953 | 5,000 | 0 | 0 | $0.010000 | $0.00 |
| | | | | Base Amount: | $0.00 |
| | | | | | $0.00 |

| Meter Type | Equip. Number | Serial Number | Begin | End | Copies |
|---|---|---|---|---|---|
| B\W | 12563 | QEH0X01735 | 186,917 | 188,897 | 1,980 |
| Scanner | 12563 | QEH0X01735 | 127,988 | 128,961 | 973 |

| | |
|---|---|
| Total Grouped Overage Charges: | $0.00 |
| Total Grouped Base Charges: | $0.00 |
| Total Meter Group Charges: | $0.00 |

| | |
|---|---|
| Invoice SubTotal | $250.86 |
| Tax: | $20.70 |
| Invoice Total | $271.56 |
| **Balance Due:** | **$271.56** |

202 S. Hardie Street Alvin, TX 77511    281-286-3600

Page 1 of 1

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN25892 |
| Invoice Date: | 05/01/2017 |

**Bill To:** HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX  77521

**Customer:** HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX  77521

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| HA00 | Due on Receipt | 05/01/2017 | $ 275.04 | **$ 275.04** |

**Invoice Remarks**

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10336-01 | TRACY LOPEZ 281-424-6466 | $ 254.08 | | 02/09/2016 | 02/08/2019 |

**Contract Remarks**

## Summary:

| | |
|---|---|
| Contract base rate charge for the 05/01/2017 to 05/31/2017 billing period | $153.33 |
| Contract overage charge for the 04/01/2017 to 04/30/2017 overage period | $90.75 ** |
| EQUIPMENT BASE FEE | $10.00 |
| **See overage details below | $254.08 |

## Detail:

### Equipment included under this contract

### CopyStar/CS-300i

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 12563 | QEH0X01735 | $0.00 | HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W Images | 188,897 * | 190,977 * | | 2,080 | *** See overage details below | | | |
| Scanner | B/W Images | 128,961 * | 130,005 * | | 1,044 | *** See overage details below | | | |
| Color | Color Images | 60,734 * | 61,944 * | | 1,210 | 0 | 1,210 | $0.075000 | $90.75 |
| | * Estimated meter reading | | | | | | | | $90.75 |

### Overage Details

| Meter Group | Total Copies | Covered Copies | | Billable | Rate | Total |
|---|---|---|---|---|---|---|
| B/W Images | 3,124 | 5,000 | 0 | 0 | $0.010000 | $0.00 |
| | | | | | Base Amount: | $0.00 |
| | | | | | | $0.00 |

| Meter Type | Equip. Number | Serial Number | Begin | End | Copies |
|---|---|---|---|---|---|
| B\W | 12563 | QEH0X01735 | 188,897 | 190,977 | 2,080 |
| Scanner | 12563 | QEH0X01735 | 128,961 | 130,005 | 1,044 |
| | | Total Grouped Overage Charges: | | | $0.00 |
| | | Total Grouped Base Charges: | | | $0.00 |
| | | Total Meter Group Charges: | | | $0.00 |

| | |
|---|---|
| Invoice SubTotal | $254.08 |
| Tax: | $20.96 |
| Invoice Total | $275.04 |
| **Balance Due:** | **$275.04** |

202 S. Hardie Street Alvin, TX  77511     281-286-3600

Page 1 of 1

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN26695 |
| Invoice Date: | 06/01/2017 |

**Bill To:** HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX  77521

**Customer:** HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX  77521

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| HA00 | Due on Receipt | 06/01/2017 | $ 277.08 | **$ 277.08** |

**Invoice Remarks**

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10336-01 | TRACY LOPEZ 281-424-6466 | $ 255.96 | | 02/09/2016 | 02/08/2019 |

**Contract Remarks**

## Summary:

| | |
|---|---|
| Contract base rate charge for the 06/01/2017 to 06/30/2017 billing period | $153.33 |
| Contract overage charge for the 05/01/2017 to 05/31/2017 overage period | $92.63 ** |
| EQUIPMENT BASE FEE | $10.00 |
| **See overage details below | |
| | $255.96 |

## Detail:

### Equipment included under this contract

### CopyStar/CS-300i

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 12563 | QEH0X01735 | $0.00 | HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W Images | 190,977 * | 193,095 * | | 2,118 | *** See overage details below | | | |
| Scanner | B/W Images | 130,005 * | 131,065 * | | 1,060 | *** See overage details below | | | |
| Color | Color Images | 61,944 * | 63,179 * | | 1,235 | 0 | 1,235 | $0.075000 | $92.63 |
| | * Estimated meter reading | | | | | | | | $92.63 |

### Overage Details

| Meter Group | Total Copies | Covered Copies | | Billable | Rate | Total |
|---|---|---|---|---|---|---|
| B/W Images | 3,178 | 5,000 | 0 | 0 | $0.010000 | $0.00 |
| | | | | | Base Amount: | $0.00 |
| | | | | | | $0.00 |

| Meter Type | Equip. Number | Serial Number | | Begin | End | Copies |
|---|---|---|---|---|---|---|
| B\W | 12563 | QEH0X01735 | | 190,977 | 193,095 | 2,118 |
| Scanner | 12563 | QEH0X01735 | | 130,005 | 131,065 | 1,060 |
| | | | **Total Grouped Overage Charges:** | | | $0.00 |
| | | | **Total Grouped Base Charges:** | | | $0.00 |
| | | | **Total Meter Group Charges:** | | | $0.00 |

| | |
|---|---|
| Invoice SubTotal | $255.96 |
| Tax: | $21.12 |
| Invoice Total | $277.08 |
| **Balance Due:** | **$277.08** |

202 S. Hardie Street Alvin, TX  77511     281-286-3600

Page 1 of 1

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN27322 |
| Invoice Date: | 08/01/2017 |

**Bill To:** HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

**Customer:** HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX 77521

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| HA00 | Due on Receipt | 08/01/2017 | $ 276.99 | **$ 276.99** |

**Invoice Remarks**

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10336-01 | TRACY LOPEZ 281-424-6466 | $ 255.88 | | 02/09/2016 | 02/08/2019 |

**Contract Remarks**

## Summary:

| | |
|---|---|
| Contract base rate charge for the 08/01/2017 to 08/31/2017 billing period | $153.33 |
| Contract overage charge for the 07/01/2017 to 07/31/2017 overage period | $92.55 ** |
| EQUIPMENT BASE FEE | $10.00 |
| **See overage details below | |
| | $255.88 |

## Detail:

### Equipment included under this contract

### CopyStar/CS-300i

| Number | Serial Number | | Base Adj. | Location |
|---|---|---|---|---|
| 12563 | QEH0X01735 | | $0.00 | HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W Images | 195,109 * | 197,225 * | | 2,116 | *** See overage details below | | | |
| Scanner | B/W Images | 132,069 * | 133,128 * | | 1,059 | *** See overage details below | | | |
| Color | Color Images | 64,357 * | 65,591 * | | 1,234 | 0 | 1,234 | $0.075000 | $92.55 |
| | * Estimated meter reading | | | | | | | | $92.55 |

### Overage Details

| Meter Group | Total Copies | Covered Copies | | Billable | Rate | Total |
|---|---|---|---|---|---|---|
| B/W Images | 3,175 | 5,000 | 0 | 0 | $0.010000 | $0.00 |
| | | | | | Base Amount: | $0.00 |
| | | | | | | $0.00 |

| Meter Type | Equip. Number | Serial Number | Begin | End | Copies |
|---|---|---|---|---|---|
| B\W | 12563 | QEH0X01735 | 195,109 | 197,225 | 2,116 |
| Scanner | 12563 | QEH0X01735 | 132,069 | 133,128 | 1,059 |

| | |
|---|---|
| **Total Grouped Overage Charges:** | $0.00 |
| **Total Grouped Base Charges:** | $0.00 |
| **Total Meter Group Charges:** | $0.00 |

| | |
|---|---|
| Invoice SubTotal | $255.88 |
| Tax: | $21.11 |
| Invoice Total | $276.99 |
| **Balance Due:** | **$276.99** |

202 S. Hardie Street Alvin, TX 77511    281-286-3600

Page 1 of 1

# Apollo Office Systems

# CONTRACT INVOICE

| | |
|---|---|
| Invoice Number: | IN27670 |
| Invoice Date: | 09/01/2017 |

**Bill To:** HOUSTON AUTO APPRAISERS
TRACY LOPEZ
104 W. BAKER RD
BAYTOWN, TX 77521

**Customer:** HOUSTON AUTO APPRAISERS
104 W. BAKER RD
BAYTOWN, TX 77521

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| HA00 | Due on Receipt | 09/01/2017 | $ 276.59 | **$ 276.59** |

**Invoice Remarks**

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| CT10336-01 | TRACY LOPEZ 281-424-6466 | $ 255.51 | | 02/09/2016 | 02/08/2019 |

**Contract Remarks**

## Summary:

| | |
|---|---|
| Contract base rate charge for the 09/01/2017 to 09/30/2017 billing period | $153.33 |
| Contract overage charge for the 08/01/2017 to 08/31/2017 overage period | $92.18 ** |
| EQUIPMENT BASE FEE | $10.00 |
| **See overage details below | $255.51 |

## Detail:

### Equipment included under this contract

### CopyStar/CS-300i

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 12563 | QEH0X01735 | $0.00 | HOUSTON AUTO APPRAISERS 104 W. BAKER RD BAYTOWN, TX 77521 |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| B\W | B/W Images | 197,225 * | 199,330 * | | 2,105 | *** See overage details below | | | |
| Scanner | B/W Images | 133,128 * | 134,180 * | | 1,052 | *** See overage details below | | | |
| Color | Color Images | 65,591 * | 66,820 * | | 1,229 | 0 | 1,229 | $0.075000 | $92.18 |
| | * Estimated meter reading | | | | | | | | $92.18 |

### Overage Details

| Meter Group | Total Copies | Covered Copies | Billable | Rate | Total |
|---|---|---|---|---|---|
| B/W Images | 3,157 | 5,000 | 0 | 0 $0.010000 | $0.00 |
| | | | | Base Amount: | $0.00 |
| | | | | | $0.00 |

| Meter Type | Equip. Number | Serial Number | Begin | End | Copies |
|---|---|---|---|---|---|
| B\W | 12563 | QEH0X01735 | 197,225 | 199,330 | 2,105 |
| Scanner | 12563 | QEH0X01735 | 133,128 | 134,180 | 1,052 |

| | |
|---|---|
| Total Grouped Overage Charges: | $0.00 |
| Total Grouped Base Charges: | $0.00 |
| Total Meter Group Charges: | $0.00 |

| | |
|---|---|
| Invoice SubTotal | $255.51 |
| Tax: | $21.08 |
| Invoice Total | $276.59 |
| **Balance Due:** | **$276.59** |

202 S. Hardie Street Alvin, TX 77511   281-286-3600

Page 1 of 1

# Apollo Office Systems

# INVOICE

**Invoice Number:** IN27872
**Date:** 9/26/17
**Account Number:** HA00

**Bill To:**
HOUSTON AUTO APPRAISERS
Attn: ANDREA BENT
104 W. BAKER RD
BAYTOWN, TX  77521

**Ship To:** HOUSTON AUTO APPRAISERS
Attn: ANDREA BENT
104 W. BAKER RD
BAYTOWN, TX  77521

| Sales Person | P. O. Number | Payment Terms | Payment Due |
|---|---|---|---|
| | | Due on Receipt | 9/26/17 |

| Remarks |
|---|
| |

| Description | Amount |
|---|---|
| COLLECTIONS FEE | $50.00 |

| | |
|---|---|
| **Subtotal** | $50.00 |
| **Discount** | $0.00 |
| **Freight** | $0.00 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $50.00 |
| **Balance Due** | $50.00 |

202 S. Hardie Street Alvin, TX  77511    281-286-3600

# Apollo Office Systems

# INVOICE

**Invoice Number:** IN27873
**Date:** 9/26/17
**Account Number:** HA00

**Bill To:** HOUSTON AUTO APPRAISERS
Attn: ANDREA BENT
104 W. BAKER RD
BAYTOWN, TX 77521

**Ship To:** HOUSTON AUTO APPRAISERS
Attn: ANDREA BENT
104 W. BAKER RD
BAYTOWN, TX 77521

| Sales Person | P. O. Number | Payment Terms | Payment Due |
|---|---|---|---|
| | | | 9/26/17 |

**Remarks**

| Description | Amount |
|---|---|
| Finance Charge | $76.35 |

| | |
|---|---|
| **Subtotal** | $76.35 |
| **Discount** | $0.00 |
| **Freight** | $0.00 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $76.35 |
| **Balance Due** | $76.35 |

202 S. Hardie Street Alvin, TX 77511   281-286-3600